FRANSIOLI, Appellant, v. GOIN, Respondent. (Supreme Court, Appellate Division, First

Department. July 8, 1902.) Action by Augustus C. Fransioli against Jeanette P. Goin. C. E. Minor, for appellant. E. G. Stevens, for respondent. No opinion. Judgment and order affirmed, with costs.